lant; JOSEPH B. FERGUSON, SR., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MCGRANE.— Motion for leave to dispense with printing granted only insofar as to permit the appeal to be heard upon the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, but upon printed appellant's points. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

NATHAN M. SLATER v. MARTHA C. SLATER.— Motion for leave to appeal as a poor person granted to the extent of permitting the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the attorney for the respondent, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record, with this court on or before January 7, 1960, with notice of argument for January 19, 1960, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

GEORGE MORENG v. ARTHUR I. BOYER.— Motion for leave to reargue Motion No. 92 of October 6, 1959 and modifying the order of this court, entered October 15, 1959, granted insofar as to extend the defendant-appellant's time to serve and file the record on appeal and appellant's points to and including December 24, 1959, with notice of argument for January 5, 1960, said appeal to be argued or submitted when reached. In all other respects the motion is denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

GEORGE MORENG v. ARTHUR I. BOYER.— Motion for an order striking Motion No. 111 of November 4, 1959 dismissed. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

NICHOLAS PSAROUDIS v. SONIA PSAROUDIS.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

NICHOLAS PSAROUDIS v. SONIA PSAROUDIS.— Motion to reargue denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

RELART, LTD. et al., v. REGENT ENTERPRISES, INC., et al.— Motion to reargue Motion No. 96 of October 20, 1959 denied, without costs. If appellants fail to comply with the conditions imposed in the order of this court, entered October 29, 1959, the respondents may apply ex parte for an order dismissing the appeals herein. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ALVAREZ.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FREDDIE BROWN.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE FLUSS.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.